*Benjamin Weberman* for appellant.

*George M. Aronwald* for respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* AARON DONNER, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ZALMAN BLESOFSKY, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* AARON M. ABER, Appellant.

Argued May 15, 1951; decided June 1, 1951.

*Benjamin Weberman* for appellants.

*John P. McGrath, Corporation Counsel (Alfred Weinstein, Seymour B. Quel* and *Stanley Buchsbaum* of counsel), for respondent.

Judgments affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.